Donald A. Soutar
Attorney ID No. 024521999
JOHN RUE & ASSOCIATES
694 Route 15, South, Ste 206
(862) 283-3155
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| M.A., | ) |
| | ) Civil Action No. 3:20-cv-05218 |
| *Plaintiff*, | ) |
| | ) |
| v. | ) **PLAINTIFF'S NOTICE OF** |
| | ) **CROSS-MOTION** |
| Wall Township Board of Education, | ) **FOR DEFAULT JUDGMENT** |
| | ) |
| *Defendant*. | ) |

**PLEASE TAKE NOTICE** that on August 3, 2020 at 9:00 in the forenoon, or as soon thereafter as counsel may be heard, the undersigned, attorneys for Plaintiffs M.A., will cross-move before the Honorable Freda L. Wolfson, C.U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608 for an Order granting final judgment by default against defendant Wall Township Board of Education.

**PLEASE TAKE FURTHER NOTICE** that in support of her motion, Plaintiff shall rely on the pleadings filed in this matter and the accompanying brief.

**PLEASE TAKE FURTHER NOTICE** that, at the time and place aforesaid, Plaintiffs will request that the Court enter the proposed form of Order submitted herewith.

Dated: July 20, 2020      *s/ Donald A. Soutar*
                                                               DONALD A. SOUTAR

**CERTIFICATION OF SERVICE**

I hereby certify that, on this date, I served a true copy of Plaintiff's Brief In Opposition To Motion To Vacate Default And In Support Of Cross-Motion For Default Judgment, proposed form of Final Judgment, and the within Notice of Cross-Motion For Default Judgment upon defendant Wall Township Board of Education, by sending same to its counsel of record, via the Court's Electronic Case Filing system.

Dated:  July 20, 2020   *s/ Donald A. Soutar*
　　　　　　　　　　　　　　　　　　　DONALD A. SOUTAR