John Rue (047032005)
**John Rue & Associates, LLC**
40 S. Fullerton Ave., Ste. 29
Montclair, New Jersey 07042
(862) 283-3155
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.A., | ) |
| *Plaintiff*, | ) Civil Action No. 3:20-cv-05218 |
| v. | ) **PLAINTIFF'S NOTICE OF MOTION** |
| | ) **FOR AN AWARD OF ATTORNEYS'** |
| Wall Township Board of Education, | ) **FEES AND EXPENSES** |
| *Defendant*. | ) |

**TO:**   Gabrielle Pettineo, Esq.
KENNEY, GROSS, KOVATS & PARTON
130 Maple Avenue, Building 8
Red Bank, NJ 07701

**PLEASE TAKE NOTICE** that, on March 21, 2022 at 9:00 in the forenoon, or as soon thereafter as counsel may be heard, the undersigned, attorneys for Plaintiffs M.A., will move before the Honorable Freda L. Wolfson, C.U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608 for an award of attorneys' fees and expenses against defendant Wall Township Board of Education.

**PLEASE TAKE FURTHER NOTICE** that in support of her motion, Plaintiff shall rely upon the Memorandum of Law, and the Certifications of John Rue, Robert C. Thurston, Catherine Merino-Reisman, and David R. Giles, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, at the time and place aforesaid, Plaintiffs will request that the Court enter the proposed form of Order submitted herewith.

Dated: February 11, 2022                                         *s/ John D. Rue*
                                                                                    JOHN D. RUE

## CERTIFICATION OF SERVICE

I hereby certify that, on this date, I served a true copy of Plaintiff's Memorandum of Law, Certifications of John Rue, Robert C. Thurston, Catherine Merino-Reisman, and David R. Giles, proposed Form of Order, and the within Notice of Motion upon defendant Wall Township Board of Education, by sending same to its counsel of record, via the Court's Electronic Case Filing system.

Dated:  February 11, 2022             *s/ John D. Rue*
                                                                                                 JOHN D. RUE