**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **M.A.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 3:20-cv-05218-FLW-LHG** |
| | ) | |
| | ) | |
| | ) | |
| **WALL TOWNSHIP BOARD OF** | ) | **Judge: Freda L. Wolfson** |
| **EDUCATION,** | ) | |
| | ) | **Magistrate: Lois H. Goodman** |
| **Defendant.** | ) | |
| | ) | |
| | ) | **MOTION DATE:** |

<u>**CERTIFICATION OF ROBERT C. THURSTON, ESQ.**</u>

I, Robert C. Thurston, Esq., declare and certify as follows:

1.      I am an attorney at law, admitted to practice before this Court and co-counsel of record for Plaintiff in this matter.

2.      I make this certification based on my own personal knowledge and am capable of testifying to all of the facts contained herein if called upon to do so.

3.      I am an attorney licensed to practice in the State of New Jersey and I focus my practice in the field of special education law in that jurisdiction.  My educational background and legal experience are accurately represented in my attached curriculum vitae.  (A true and correct copy of a current cv is attached hereto as Exhibit A.)

**Page 1 of 3**

4.     As will be noted from my attached cv, I have handled cases at all levels, including appeals to the 3rd, 6th, and 9th Circuit Courts of Appeal and two petitions for certiorari to the U.S. Supreme Court.  I have also handled several cases in this Court, as well as other federal district courts around the United States including without limitation Hawaii, Tennessee, and the U.S. Virgin Islands.

5.     I am familiar with the fees charged by plaintiffs' counsel in special education, civil rights and disability matters in most of the jurisdictions within the United States Third Circuit.  This is a highly complex area of law, requiring expertise in the substantive law of special education as well as litigation experience in both the administrative level as well as the state and federal court systems.

6.     I was hired by Plaintiffs to work with their lead counsel John Rue & Associates to assist with this fee petition and the remand of the case to the OAL.[1]

7.     During the period of time that I was retained to represent Plaintiff in this matter, my established billing rate for this special education case was $485.00 per hour.  My regular established billing rate for special education cases is $525.00 per hour, but agreed to charge a lower rate as I am assisting lead counsel.

8.     In another matter, this Court approved my previous rates of $375.00 and $400.00 per hour and noted in its Opinion that those rates were on the lower

---

[1] The remand has not yet begun, but is expected to resume shortly.  No fees have been charged to the remand portion of the case.

end of the market.  *See Gresko v. Pemberton Twp. BOE*, U.S.D.C. D.N.J. Civil

Action No. 1:19-cv-00638 (NLH)(KMW) (Opinion, U.S.D.J. Hillman, October 13,

2020, ECF #42, p. 24.)[2]

9.     The Invoices reflecting my time working on this case on behalf of

Plaintiffs up to the current date are attached hereto and reflect numerous hours of

work at my billable rate of $485.00 per hour totaling **$13,531.50**.  (True and

correct copies of my invoices for this matter up to today are attached hereto as

Exhibit B.)

10.     The Invoices attached hereto represent my statements of professional

services and detail the hours spent preparing and prosecuting this fee action and

costs incurred.

11.     Plaintiffs will continue to incur fees and costs in this fee petition case

("fees on fees") the further this case progresses.


Dated: February 9, 2022            By: _____

                                          Robert C. Thurston, Esq.

---

[2] This opinion can be found online at Google Scholar at this link:
https://bit.ly/33elBzy

Page 3 of 3

# Exhibit A

*Curriculum Vitae*

EXHIBIT A

**ROBERT C. THURSTON, ESQ.**
Thurston Law Offices LLC
100 Springdale Road A3
PMB 287
Cherry Hill, NJ 08003
Work Phone: 856.335.5291
Email: rthurston@schoolkidslawyer.com
Web: schoolkidslawyer.com

**PROFESSIONAL EXPERIENCE**

**Thurston Law Offices LLC**
Cherry Hill, NJ (Prior locations in Pennsylvania and Illinois)
Attorney / Owner – November 2005 to Present
- Solo law practice with focus on special education law, family law, disability law, bankruptcy, and guardianships
- Recently published 2nd edition of book "SchoolKidsLawyer's Step-By-Step Guide to Special Education Law"
- Substantial volunteer and *pro bono* legal work through South Jersey Legal Services
- 2007 *Pro Bono* Attorney of the Year awarded by the McHenry County (IL) Bar Association and Prairie State Legal Services

**Prior experience**
Available upon request

**BAR ADMISSIONS**

U.S. Supreme Court, 2018 (Active and in good standing)
State Bar of New Jersey, 1988 (Active and in good standing)
State Bar of Pennsylvania, 1987 (Retired)
State Bar of Illinois, 1992 (Retired)
U.S.C.A. 3rd Cir., 1989 (Active and in good standing)
U.S.C.A. 9th Cir., 2016 (Active and in good standing)
U.S.C.A. 6th Cir., 2019 (Active and in good standing)
U.S.D.C. D.N.J., 1988 (Active and in good standing)
U.S.D.C. E.D.Pa., 1989 (Retired)
U.S.D.C. M.D.Pa., 2015 (Active and in good standing)
U.S.D.C. N.D.Ill., 1993 (Retired)
U.S.D.C. N.D.Cal., 1993 (Inactive)
U.S.D.C. W.D.Mich., 1995 (Inactive)
U.S.D.C. D.Colo., 2011 (Inactive)

**EDUCATION**

**Ohio State College of Law**
Columbus, Ohio
**J.D. 1987**
Editor, Journal on Dispute Resolution

**University of Michigan**
Ann Arbor, Michigan
**B.A. 1984 with Distinction**
Economics and German

**SELECTED RELEVANT CASE EXPERIENCE**

**Special Education Cases**

1.  U.S. Supreme Court

*J.M., et al. v. Kathryn S. Matayoshi, et al.*, U.S. Sup. Ct. Case No. 18-641, Petition for Writ of Certiorari to the U.S. Supreme Court; Petitioner's counsel [Cert. Denied]

*J.G., et al. v. State of Hawaii, Department of Education, et al.*, U.S. Sup. Ct. Case No. 19-658, Petition for Writ of Certiorari to the U.S. Supreme Court; Petitioner's counsel [Cert. Denied]

2.  U.S. Courts of Appeal

*K.K-M., et al. v. New Jersey Department of Education, et al.*, U.S.C.A. 3rd Circuit, No. 18-2535; Appellants' counsel [Briefed; No oral argument]

*D.T., et al. v. Sumner County Schools*, U.S.C.A. 6th Circuit, No. 19-5070; Appellants' counsel [Briefed; Oral Argument]

*J.M., et al. v. Kathryn S. Matayoshi, et al.*, U.S.C.A. 9th Circuit, No. 16-17327; Appellants' counsel [Briefed; Oral Argument]

*J.G., et al. v. State of Hawaii, Department of Education, et al.*, U.S.C.A. 9th Circuit, No. 18-16538; Appellants' counsel [Briefed; Oral Argument]

*J.G., et al. v. State of Hawaii, Department of Education, et al.*, U.S.C.A. 9th Circuit, No. 17-17190; Appellants' counsel [Briefed; Oral Argument]

### 3.  U.S. District Courts

*J.A., et al. v. New Jersey Department of Education, et al.* (Class Action), U.S.D.C. D.N.J., Civil No. 1:18-cv-9580-NLH-KMW; Lead counsel for Plaintiffs

*J.A., et al. v. Monroe Twp. Board of Education*, U.S.D.C. D.N.J., Civil No. 1:18-cv-14838-NLH-KMW; Lead counsel for Plaintiffs

*K.K-M., et al. v. Gloucester City Public Schools, et al.*, U.S.D.C. D.N.J., Civil No. 1:17-cv-11579-RBK-KMW; Lead counsel for Plaintiffs

*K.K-M., et al. v. Gloucester City Public Schools, et al.*, U.S.D.C. D.N.J., Civil No. 1:19-cv-15808-RBK-KMW; Lead counsel for Plaintiffs

*M.D. and S.H. o/b/o L.D. v. Vineland City Board of Education d/b/a Vineland City Public Schools*, U.S.D.C. D.N.J., Civil No. 1:19-cv-12154-NLH-JS; Lead counsel for Plaintiffs

*Gresko, et al. v. Pemberton Twp. Board of Education*, U.S.D.C. D.N.J., Civil No. 1:19-cv-00638-NLH-KMW; Lead counsel for Plaintiffs

*D.T., et al. v. Sumner County Schools, et al.*, U.S.D.C. M.D.Tenn., Civil No. 3:18-cv-388; Lead counsel for Plaintiffs, *pro hac vice*

*J.G., et al. v. State of Hawaii, Department of Education, et al.*, U.S.D.C. D.Hi., Civil No. 1:17-cv-00503-DKW-KSC; Lead counsel for Plaintiffs, *pro hac vice*

*Howard G., et al. v. State of Hawaii, Department of Education, et al.*, U.S.D.C. D.Hi., Consolidated Civil Nos. 11-00523 DKW-BMK, 13-00029 DKW-BMK; Lead counsel for Plaintiffs on remand, *pro hac vice*

*Regina Pangerl, et al. v. Peoria Unified School Dist.*, U.S.D.C. D.Ariz., Civil No. 2:14-cv-836-JJT; Lead counsel for Plaintiffs, *pro hac vice*

*Joan-Ann Anthony, et al. v. Government of the Virgin Islands, Dept. of Education*, U.S.D.C. D.V.I., Civil No. 3:11-91; Lead counsel for Plaintiffs, *pro hac vice*

### 4.  State Appellate Courts

*K.K-M., et al. v. Board of Education of the City of Gloucester City, Camden County*, N.J. App. Div. Docket No. A-001158-18 (Residency Appeal); Lead counsel for Appellants

5.  Administrative Agencies

*K.K-M., et al. v. Gloucester City Public Schools, et al.*, New Jersey Office of
Administrative Law, Docket Nos. EDS 18461-17 and 18462-17 [Consolidated];
Lead counsel for Petitioners

*K.K-M., et al. v. Gloucester City Public Schools, et al.*, New Jersey Office of
Administrative Law, Docket Nos. EDS 08360-2018 S, EDS 08361-2018 S, EDS
09245-2018 S, and EDS 09247-2018 S [Consolidated]; Lead counsel for
Petitioners

*K.K-M., et al. v. Gloucester City Public Schools, et al.*, New Jersey Office of
Administrative Law, Docket Nos. EDS 08837-19 and EDS 08838-19
[Consolidated]; Lead counsel for Petitioners

*J.A., et al. v. Monroe Twp. Board of Education*, New Jersey Office of
Administrative Law, Docket Nos. EDS 08588-17 and EDS 11524-18
[Consolidated]; Lead counsel for Petitioners

*Monroe Twp. Board of Education v. J.A., et al.*, New Jersey Office of
Administrative Law, Docket Nos. EDS 04281-2020 S; Lead counsel for
Respondents

*K.C., et al. v. Cherry Hill Twp. Bd. Of Education*, New Jersey Office of
Administrative Law, Docket No. 18463-17; Lead counsel for Petitioners

*C.G. and J.G. o/b/o J.G. v. Pemberton Twp. Board of Education*, New Jersey
Office of Administrative Law, Docket No. EDS 06509-18; Lead counsel for
Petitioners

*A.G. and J.F.G. o/b/o J.G. v. Elsinboro Twp. School District*, New Jersey Office of
Administrative Law, Docket No. EDS 06801-18; Lead counsel for Petitioners

*C.M. o/b/o L.S v. Monroe Twp. Board of Education*, New Jersey Office of
Administrative Law, Docket Nos. EDS 09541-18 and EDS 09544-18; Lead
counsel for Petitioners

*C.M. and J.M. o/b/o R.M. v. Monroe Twp. Board of Education*, New Jersey Office
of Administrative Law, Docket Nos. EDS 18349-18 and EDS 18350-18; Lead
counsel for Petitioners

*D.P. o/b/o K.P. v. Vineland City Board of Education d/b/a Vineland City Public
Schools and Vineland Public Charter School*, New Jersey Office of Administrative
Law, Docket No. [UNASSIGNED/SETTLED]; Lead counsel for Petitioners

*Cherry Hill Public School Dist. v. A.Y., et al.*, New Jersey Dept. of Education, OSEP, Docket No. 2016-24216; Lead counsel for Respondent

*D.T., et al. v. Sumner County Schools*, Tennessee Department of Administrative Procedures, Docket No. 07.03-152098J; Lead counsel for Petitioners, *pro hac vice*

*J.G., et al. v. State of Hawaii, Department of Education,* Hawaii Office of Administrative Law, DOE-SY1617-067A; Consulting counsel for Petitioners

*P.M., et al. v. State of Hawaii, Department of Education,* Hawaii Office of Administrative Law, DOE-SY1819-007; Consulting counsel for Petitioners

*C.B., et al. v. School Dist. of Philadelphia*, Pennsylvania Office of Dispute Resolution, File Number 16302-1415KE; Lead counsel for Petitioners

## **Other Federal Non-Special Education Cases of Note**

*Schuler, et al. v. TRS Recovery Services, Inc., et al.*, U.S.D.C. M.D.Pa., Civil No. 1:15-cv-2179-YK; Local counsel for Plaintiff in class action FDCPA case

*Linatex Ltd. v. Heritage Maintenance Products, LLC*, U.S.D.C. E.D.Pa., Civil No. 2:14-cv-06351; Local counsel for Plaintiff in trademark infringement case

*TotalFacility, Inc., et al. v. Dabek, et al.*, U.S.D.C. E.D.Pa., Civil No. 2:14-cv-05324-CDJ; Local counsel for Defendants in contract dispute

*Wells Fargo Bank, N.A. v. Siegel*, U.S.D.C. N.D.Ill., Civil No. 05-civ-5635; Lead trial counsel for Defendant in alleged fraudulent futures options trading case (cited at 2007 WL 1686980)

*Pintlar Corporation, et al. v. Lloyd's London, et al.*, U.S.D.C. D.Idaho, Civil No. 3:92-cv-00163-EJL; Lead counsel for Northbrook Ins. Co., *pro hac vice*, in insurance coverage case for environmental damage claims

*Illinois Central Railroad Co. v. Lloyd's, London, et al.*, U.S.D.C. S.D.Ill., Civil No. 3:91-cv-00090-WLB; Lead counsel for International Surplus Lines Ins. Co. in insurance coverage case for noise-induced hearing loss FELA claims

*Illinois Central Railroad Co. v. Lloyd's, London, et al.*, U.S.D.C. S.D.Ill., Civil No. 3:91-cv-00091-WLB; Lead counsel for International Surplus Lines Ins. Co. in insurance coverage case for environmental damage claims

*Norfolk & Western Railway Co. v. Accident & Casualty, et al.*, U.S.D.C. W.D.Va., Civil No. 7:89-cv-00344-JCT; Lead counsel for Stonewall Ins. Co., *pro hac vice*, in insurance coverage case for noise-induced hearing loss FELA claims

*Gross Metal Products, Inc. v. Metal Finishing Fabricators, Inc., et al.*, U.S.D.C. E.D.Pa., Civil No. 86-5364; Assistant Counsel for Defendant Bleckner & Bleckner Ins. Agency in insurance coverage / E&O case

## PUBLICATIONS

Book: *SchoolKidsLawyer's Step-By-Step Guide to Special Education Law*, 2nd Edition, Amazin Blue Press LLC, 2020

Book: *SchoolKidsLawyer's Step-By-Step Guide to IEPs – For Teachers*, Amazin Blue Press LLC, 2020

Book: *SchoolKidsLawyer's Step-By-Step Guide to IEPs – For Parents*, Amazin Blue Press LLC, 2019

Book: *SchoolKidsLawyer's Step-By-Step Guide to Special Education Law*, Amazin Blue Press LLC, 2016

School Kids Law Blog
http://schoolkidslawyer.com/skl-blog/

Chapter: "The Solo Lawyer's Dilemma: Doing It All Without Staff," *Effectively Staffing Your Law Firm*, 2nd Ed., jennifer j. rose, Editor, American Bar Association, 2017

"Does Your Child's 'Ism' Qualify For Special Education?", Special-Ism.com, June 10, 2016, http://special-ism.com/qualify-special-education/

"What Every Parent Should Know About Mediation," Special Education Guide, January 2, 2014, http://www.specialeducationguide.com/blog/what-every-parent-should-know-about-mediation/

"Making a Complaint About Your Child's Special Education," Special Education Guide, December 5, 2013, http://www.specialeducationguide.com/blog/making-a-complaint-about-your-childs-special-education/

"Evaluating a Child for Disability: The Wrong Way and the Right Way," Special-Ism.com, December 2, 2013, http://special-ism.com/evaluating-a-child-for-disability-the-wrong-way-and-the-right-way/

"When Is It Time To Request An Independent Educational Evaluation (IEE)?," Special Education Guide, September 25, 2013, http://www.specialeducationguide.com/blog/when-is-it-time-to-request-an-independent-educational-evaluation-iee/

"NJ's Gov. Chris Christie is Dyslexics' Hero?," Special-Ism.com, September 3, 2013, http://special-ism.com/nj-gov-chris-christie-is-dyslexics-hero/

"When is it Time to Contact a Special Education Lawyer?," Special Education Guide, August 27, 2013, http://www.specialeducationguide.com/blog/when-is-it-time-to-contact-a-special-education-lawyer/

"Playing (and Winning) the School District's Game of Chicken," Special Education Advisor, February 20, 2012, http://www.specialeducationadvisor.com/playing-and-winning-the-school-districts-game-of-chicken/

"The Technology Threat to Work/Life Balance," American Bar Association GPSolo Magazine, September 2012, http://www.americanbar.org/publications/gp_solo/2012/september_october/technology_threat_work_life_balance.html

"Chapter 2: When You're The Lawyer, Secretary, Receptionist and Janitor: Doing It All Without Staff," *Effectively Staffing Your Law Firm*, ABA Publishing, 2009

"Prejudgment interest proposal issues debated – Pro: Statute would rectify injustice, follow a trend," ISBA Bar News, February 2009

"Art of the Business Meal or Mama Always Said . . .," SOLO Newsletter, ABA GP | Solo and Small Firm Division, Vol. 12, No. 2, June 2006

"Tips for creating your own living will," Huntley Journal (NW Herald), Page 25, Thursday, March 16, 2006

"Art of the Business Meal or Mama Always Said . . . " SOLO Newsletter, ABA GP | Solo and Small Firm Division, Vol. 12, No. 2, June 2006

## SEMINARS / PRESENTATIONS

*Social Media, Ethics and Professionalism in Bankruptcy*
Webinar via Zoom
South Jersey Legal Services, Inc.
June 11, 2020

*Ask The Expert (Facebook Live)*
Decoding Dyslexia Wisconsin
September 25, 2018

*The Case For A Private Cause of Action For Bullying*
New Jersey Institute for Continuing Legal Education
New Jersey Law Center, New Brunswick, NJ
August 7, 2018

*Legal Transition Options for Kids with Disabilities*
LDANJ Spring Transitions Conference
Learning Disabilities Association of New Jersey
June 3, 2018

*Getting Schools To Use "Dyslexia" In IEPs*
Facets of Dyslexia Conference
Cooper Hospital Learning Center
Stratford, NJ
April 24, 2018

*Transitions for Kids with Disabilities – Legal Perspective*
Y.A.L.E. School
Cherry Hill, NJ
March 26, 2018

*Aspects of Special Education Law*
2018 Spring Parent Dyslexia Summit
Online: Simple Words Books
March 26, 2018

*ESY and Compensatory Education: What They Are and How To Get Them*
Families of Special Kids Network
Williamstown, NJ
February 24, 2018

*How To Speak To Your Child's School To Meet The Special Needs, Remedial and Advanced*
Barnes & Noble
Moorestown, NJ
November 28, 2017

*Introduction to Special Education Law: Common Violations of Special Education Law By School Districts and What Parents Can Do To Fight For a Child's Rights*
Families of Special Kids Network
Williamstown, NJ
October 23, 2017

*Special Education Law Basics*
South Jersey Paralegal Association
Mt. Laurel, NJ
May 23, 2017

*Special Education Law and Advocacy Workshop Series*
Decoding Dyslexia PA
Phoenixville, PA
April 27, 2017

*Special Education Law Basics*
Family Partners of Hudson County
Jersey City, NJ
January 24, 2017

*Special Education Law 101*
Workshop
Mt. Laurel, NJ
November 12, 2016

*Special Education Law Basics*
Family Services Organization of Burlington County
Lumberton, NJ
June 9, 2016

*An Introduction to Special Education Law*
Google Hangouts
May 26, 2016

*Special Education Law Basics*
Family Services Organization of Burlington County
Lumberton, NJ
November 9, 2015

*Overview of Special Education Services – Lunch and Learn*
General Electric Healthcare Women's Network
Princeton, NJ
May 22, 2014

*What to Expect at an IEP/504 Meeting*
MDA Greater Lehigh Valley Muscle Summit
Allentown, PA
November 9, 2013

*Special Education Ethical Considerations: We're Not Your Mother's Ethics CLE*
Pennsylvania Bar Institute / Exceptional Children Conference
Lancaster, PA
October 22, 2012

*Autism Awareness*
Immaculate Conception School
Chicago, IL
February 16, 2011

*Estate Planning Basics*
National Business Institute, Inc.
DeKalb, IL
December 17, 2008

*Advising Business Clients*
McHenry County Bankers Federation
Huntley, IL
June 10, 2008

*Estate Planning: Beyond Probate*
McHenry County Bankers Federation
Huntley, IL
September 11, 2007

*Scanning for the OCR Challenged*
Chicago Bar Association
Chicago, IL
January 12, 2007

*Electronic Discovery: Managing the Data*
Various Locations
2003-2004

*Legal Research on the Internet*
Various Locations
1997-1999

**TEACHING EXPERIENCE**

Comparative Business Entities for Paralegals, LEX 125
Fall 2020
Rowan College Burlington County, Mt. Laurel, NJ

Introduction to Bankruptcy Law for Paralegals, LEX 123
Spring 2020
Rowan College Burlington County, Mt. Laurel, NJ

Comparative Business Entities for Paralegals, LEX 125
Fall 2019
Rowan College Burlington County, Mt. Laurel, NJ

Business Law, BUS 240
Spring 2007
McHenry County College, Crystal Lake, IL

Legal Environment of Business, BUS 241
Academy – Fall 2006
McHenry County College, Crystal Lake, IL

Environmental Law for Paralegals, PLS 206
Spring 2006
Harper College, Palatine, IL

# Exhibit B



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

**EXHBIIT B**

| Date | Invoice # |
|------|-----------|
| 12/6/2021 | 2202 |

| Bill To |
|---------|
| M REDACTED A REDACTED |
| c/o JOHN RUE & ASSOCIATES |
| 1 Fairview Ave, Ste 14 |
| Phillipsburg, NJ 08865-1230 |

| Due Date |
|----------|
| 12/6/2021 |

| Project | |
|---------|--|

| Service Date | Description | Time | Amount |
|--------------|-------------|------|--------|
| 11/29/2021 | Review draft email / correspondence to clients re transition of counsel and legal advice and strategy in case going forward; legal analysis re same; | 0.3 | 145.50 |
| 11/30/2021 | Prepare Appearance on behalf of plaintiff; file and serve via ECF; | 0.2 | 97.00 |
| 11/30/2021 | Develop case strategy and legal analysis of fee petition and strategy re settlement; | 1.1 | 533.50 |
| 11/30/2021 | Receive and review correspondence to Wall Twp counsel re status of fee petition and settlement potential; legal analysis re same; | 0.2 | 97.00 |

| | **Total** | **$873.00** |
|--|-----------|-------------|



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/2/2022 | 2216 |

| Bill To |
|---------|
| M REDACTED A REDACTED |
| c/o JOHN RUE & ASSOCIATES |
| 1 Fairview Ave, Ste 14 |
| Phillipsburg, NJ 08865-1230 |

| Due Date |
|----------|
| 1/2/2022 |

| Project | |
|---------|--|
| | |

| Service Date | Description | Time | Amount |
|--------------|-------------|------|--------|
| 12/2/2021 | Review accounting and other billing information in preparation of fee application; | 1.1 | 533.50 |
| 12/3/2021 | Prepare Exhibit A re omnibus agreement and case strategy; legal strategy conference and case file discussion; | 0.4 | 194.00 |
| 12/3/2021 | Legal strategy and discussion re transition of case and remand issues; | 0.2 | 97.00 |
| 12/3/2021 | Receive and review via email file transfer memo; legal analysis re status of file and updated tasks; | 0.4 | 194.00 |
| 12/3/2021 | Legal analysis re claims and strategy discussion with co-counsel; | 0.4 | 194.00 |
| 12/7/2021 | Correspondence exchange and legal analysis re status of pro forma on fees for settlement demand; | 0.3 | 145.50 |
| 12/7/2021 | Review billings in preparation for pro forma for both settlement discussion and fee petition as necessary; begin preparation of consolidated pro forma fees; | 1.4 | 679.00 |
| 12/7/2021 | Receive and review via email supplemental pro formal billing information to update settlement demand and potential fee petition; | 0.5 | 242.50 |
| 12/8/2021 | Continued review of billings in preparation for pro forma for both settlement discussion and fee petition as necessary; amend and supplement preparation of consolidated pro forma fees; email to co-counsel for review and comment; | 0.6 | 291.00 |
| 12/9/2021 | Amend and supplement pro forma with redactions and other legal protections for purposes of settlement; email to JRA re same; | 1.8 | 873.00 |
| 12/9/2021 | Receive and review via email correspondence with settlement demand to district counsel and attaching redacted fees pro forma; analysis re same; | 0.3 | 145.50 |
| 12/10/2021 | Receive and review multiple correspondence re settlement discussions and tolling filing of fee petition pending negotiations; prepare letter application to Judge Wolfson for 30 day tolling of filing fee petition and proposed Order; receive and review objections of WTBOE counsel re language in proposed Order; amend proposed Order; file and serve via ECF; | 1.1 | 533.50 |
| 12/13/2021 | Receive and review via ECF Order signed by Judge Wolfson granting tolling of fee petition filing by 30 days to 1/13/2022; docket same and legal analysis; | 0.2 | 97.00 |

| | **Total** |
|--|-----------|
| | |



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/2/2022 | 2216 |

**Bill To**

M REDACTED   REDACTED

1 Fairview Ave, Ste 14
Phillipsburg, NJ 08865-1230

| Due Date |
|----------|
| 1/2/2022 |

| Project | |
|---------|--|
| | |

| Service Date | Description | Time | Amount |
|--------------|-------------|------|--------|
| 12/16/2021 | Strategy meeting and legal discussing re status of case and file review; | 0.3 | 145.50 |
| 12/16/2021 | Receive and review via email correspondence from WTBOE counsel re status of settlement negotiations and presentation to BOE; | 0.1 | 48.50 |
| 12/16/2021 | Receive and review via email correspondence to WTBOE counsel re settlement discussions; | 0.1 | 48.50 |
| 12/19/2021 | Prepare status report with legal analysis, strategy, and advice; | 0.5 | 242.50 |
| 12/28/2021 | Multiple correspondence exchanges re fee petition and pro forma for purposes of filing in federal court; | 0.3 | 145.50 |

| | **Total** | **$4,850.00** |
|--|-----------|---------------|



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/6/2022 | 2236 |

| Bill To |
|---------|
| Micayla Augustyn<br>c/o JOHN RUE & ASSOCIATES<br>1 Fairview Ave, Ste 14<br>Phillipsburg, NJ 08865-1230 |

| Due Date |
|----------|
| 2/6/2022 |

| Project | |
|---------|--|

| Service Date | Description | Time | Amount |
|--------------|-------------|------|--------|
| 1/3/2022 | Review file and prepare status report to JRA and file with next steps items; | 0.5 | 242.50 |
| 1/6/2022 | Correspondence exchange and strategy discussion re fee application; legal analysis re same; | 0.3 | 145.50 |
| 1/7/2022 | Continue preparation of fee petition; | 0.8 | 388.00 |
| 1/8/2022 | Begin draft of fee application; review prior drafts and correspondence exchanges with co-counsel re strategy and legal advice; | 1.5 | 727.50 |
| 1/9/2022 | Continue preparation of fee application; review file and forms for compliance with local rules; | 1.6 | 776.00 |
| 1/9/2022 | Legal research and begin draft of fee petition; strategy discussion and legal analysis re scope of petition, necessary supporting certifications and documents, and related issues; | 1.1 | 533.50 |
| 1/10/2022 | Extensive strategy discussion and legal analysis re fee petition, tolling of time to file, settlement position, and interaction with WTBOE counsel; | 2.2 | 1,067.00 |
| 1/10/2022 | Prepare letter application to Court re extension of time / tolling of time to file fee petition; correspondence exchanged with WTBOE re changes and approval of final version; file and serve same via ECF; | 0.4 | 194.00 |
| 1/10/2022 | Strategy discussion, legal research, and legal analysis re fee petition issues; | 0.6 | 291.00 |
| 1/11/2022 | Receive and review via ECF Order granting extension of time / tolling of time to file fee petition; email to co-counsel re same and legal analysis; | 0.2 | 97.00 |
| 1/13/2022 | Multiple correspondence exchanges and draft fee petition certifications re filing fee petition; | 0.5 | 242.50 |
| 1/17/2022 | Legal strategy discussion re fee application certifications and status of application; | 0.2 | 97.00 |
| 1/25/2022 | Strategy discussion re status of settlement negotiations and fee petition and legal advice re same; | 0.3 | 145.50 |

| | **Total** | **$4,947.00** |
|--|-----------|---------------|



Thurston Law Offices LLC
100 Springdale Rd A3
PMB 287
Cherry Hill NJ 08003

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/9/2022 | 2257 |

| Bill To |
|---------|
| M REDACTED  A REDACTED |
| c/o JOHN RUE & ASSOCIATES |
| 1 Fairview Ave, Ste 14 |
| Phillipsburg, NJ 08865-1230 |

| Due Date |
|----------|
| 2/9/2022 |

| Project | |
|---------|--|
|  |  |

| Service Date | Description | Time | Amount |
|--------------|-------------|------|--------|
| 2/4/2022 | Review file and prepare status report; | 0.7 | 339.50 |
| 2/6/2022 | Email exchange and strategy discussion re fee petition and drafts of petition; | 0.2 | 97.00 |
| 2/8/2022 | Amend and supplement fee petition and supporting documents; | 1.6 | 776.00 |
| 2/9/2022 | Amend and supplement fee petition and supporting documents; prepare Cert RCT; prepare for final and filing; | 3.4 | 1,649.00 |

| | **Total** | **$2,861.50** |
|--|-----------|---------------|