John Rue (047032005)
**John Rue & Associates, LLC**
40 S. Fullerton Ave., Ste. 29
Montclair, New Jersey 07042
(862) 283-3155
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| M.A., | ) |
|     *Plaintiff*, | ) Civil Action No. 3:20-cv-05218 |
| | ) |
| v. | ) **ORDER GRANTING AWARD OF** |
| | ) **ATTORNEYS' FEES AND** |
| Wall Township Board of Education, | ) **EXPENSES** |
|     *Defendant*. | ) |

THIS MATTER having been opened to the Court on the motion of Plaintiff M.A., by and through her attorneys, John rue & Associates, LLC (John D. Rue, Esq., appearing); and defendant Wall Township Board of Education, by and through its attorneys having opposed the motion; and the Court having considered the papers in support of and in opposition to the motion, and having considered the argument of counsel, if any; and good cause having been shown;

IT IS in the _____ day of _____, 2022 ORDERED that:

1. Plaintiff's motion be, and the same hereby is, GRANTED; and

2. Plaintiff is hereby awarded $164,810.25 in attorneys' fees and $412.00 in expenses, for a total due of $165,222.25.

                                                                                  _____
                                                                             HON. FREDA L. WOLFSON, C.U.S.D.J.