John D. Rue†
(founder)
—
Krista L. Rue
—
Francis X. Geier

RUE LAW GROUP*
A PRIVATE PUBLIC INTEREST LAW FIRM
100 OVERLOOK CENTER, 2ND FLOOR, #9211
PRINCETON, NJ 08540
(862) 283-3155 (main)
(973) 860-0869 (facsimile)

November 20, 2025

***Via ECF***
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**RE: Augustyn v. Wall Bd. Of Edu3:20-cv-05218 (JBD);**
**Plaintiff's Opposition to Defendant's Motion to Strike [ECF #092]**

Dear Judge Day:

I write in response to the Court's November 19, 2025 Text Order directing Plaintiff's counsel to advise whether she is prepared to withdraw Plaintiff's Responsive Brief [ECF #091] and refile it without the portions that respond to Defendant's Opposition/Reply Fees Brief [ECF #090]. Plaintiff is prepared to do so.

Plaintiff respectfully maintains that (1) the existing timing and structure of our initial brief [ECF #091] was consistent with the briefing schedule and the Rules of this Court and (2) a motion to strike a brief is improper under the Federal Rules, and particularly Rule 12(f), which authorizes such motions only as to pleadings.

Nonetheless, for the convenience of the Court and to streamline these proceedings, Plaintiff hereby withdraws [ECF #091] and will refile a corrected version omitting the final section responding to Defendant's brief. Ministerial edits to the body of the brief are indicated in the redline attached as Exhibit C to my Corrected Certification, and the need for those adjustments in light of the recent filings should be self-evident.

A corrected brief and corrected certification will be filed promptly upon the docketing of this letter.

Respectfully submitted,

Krista Haley Rue

Krista Rue
Counsel for Plaintiff

*Bene facere bonum ~ Doing well by doing good*

† Licensed in New York as well as New Jersey
[1] John Rue & Associates, LLC recently registered "Rue Law Group" as a DBA, to ensure compliance with NJ RPC 7.5 (incorporating RPC 7.1). The underlying legal entity remains John Rue & Associates, LLC.