UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICAYLA AUGUSTYN,<br><br>Plaintiff,<br><br>v.<br><br>WALL TOWNSHIP BOARD OF EDUCATION,<br><br>Defendant. | Civ. No. 20-5218 (JBD)<br><br>ORDER |

Before the Court are two motions filed by Thurston Law Offices LLC ("TLO"): (1) a motion to intervene in this action [Dkt. 109]; and (2) a motion for a temporary restraining order and preliminary injunctive relief [Dkt. 110]. The Court having held a telephone status conference on August 24, 2026 to address the motions; and for the reasons set forth on the record during that conference, and for good cause shown,

**IT IS** on this 25th day of August, 2026,

**ORDERED** that TLO's motion to intervene [Dkt. 109] and motion for a temporary restraining order and preliminary injunctive relief [Dkt. 110] are DENIED; and it is further

**ORDERED** that the Court VACATES the administrative stay entered on August 10, 2026 [Dkt. 111] directing defendant Wall Township Board of Education (the "Board") not to make any payment to plaintiff pursuant to the Court's August 10, 2026 Opinion and Order [Dkts. 107, 108]; and it is further

**ORDERED** that the August 10, 2026 Order is AMENDED as follows: the Board shall pay $284,654.75 to plaintiff no later than **October 2, 2026**; and it is further

**ORDERED** that TLO is granted leave to file a petition for an attorney's services lien (also referred to as a "charging lien") pursuant to the New Jersey Attorney's Lien Act of 1914, N.J.S.A. 2A:13-5 (amended 1952); *see also Burgess v. Walmart, Inc.*, Civ. No. 21-20029 (JBD), 2026 WL 1329707, at *2-3 (D.N.J. May 13, 2026); and it is further

**ORDERED** that TLO having already filed such a petition [Dkt. 115], plaintiff may file a response no later than **September 1, 2026,** and TLO may file a reply no later than **September 4, 2026**. The Court will hold a hearing, if necessary, on **September 11, 2026**. Details for that hearing will issue in due course.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE